1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  SEBO BARSEGHIAN,                          ) Docket No. CV11-6565 CAS (VBKx)
                                              )
12                          Plaintiff,        ) Assigned to the
                                              ) Hon. Christina A. Snyder
13            vs.                             ) Courtroom 5
                                              )
14  ALLSTATE INSURANCE COMPANY, ) [PROPOSED] ORDER
    an Illinois corporation; and DOES 1     ) DISMISSING ACTION WITH
15  through 10, inclusive,                   ) PREJUDICE
                                              )
16                          Defendants.       ) Complaint Filed: June 15, 2011
                                              )
17  _____ )

18
19
20          Based upon the Stipulation to Dismiss Action with Prejudice, filed by the

21  parties in the above captioned action,

22          **IT IS HEREBY ORDERED** that the within action is dismissed with

23  prejudice, each party to bear their own costs and fees.

24
25  DATED: July 23, 2012                      _Christina A. Snyder_

26                                            _____
                                              **The Honorable Christina A. Snyder**
27                                            United States District Court
                                              Central District of California
28